UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XP ENERGY PARTNERS LP, LLP, *et al*, § § § § Appellants, § VS. § § BANK OF OKLAHOMA, § NATIONAL ASSOCIATION, § § Defendant. | CIVIL ACTION NO. H-10-4286 |

## MEMORANDUM AND ORDER

XP Energy Partners LP, LLP, and Leo "Chip" Hanly ("Appellants") appeal from the Order Granting Defendant Bank of Oklahoma, N.A.'s Motion for Summary Judgment (Docket No. 16) in Adversary Proceeding No. 10-03104 (the "Order). The adversary proceeding brought by Appellants, in the bankruptcy of MSB Energy, Inc., concerned whether Appellants held secured or unsecured claims vis-a-vis Bank of Oklahoma N.A. ("Appellee").

The Bankruptcy Court held that Appellants were judicially estopped to assert secured status by virtue of a settlement order that had been agreed to, in form and substance, by Appellants, Appellees, and others. The settlement order was attached as Exhibit A to the Order.

The Order entered by the Bankruptcy Court is absolutely correct, and needs no further explication.

The Order is **AFFIRMED**, and the appeal is **DISMISSED**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on this ____4th____ day of February 2011.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT